IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
DIVISION

_Nashville_

CARRINGTON BUTLER
(Name)
551563
(Prison Id. No.)

OTIS MACLIN
(Name)
355406
(Prison Id. No.)

Plaintiff(s)

JURY v.

DARON HALL
(Name)
D.C.S.O.
(Name)

Defendant(s)

) (List the names of all the plaintiffs filing this
   lawsuit. Do not use 'tet al." Attach
   additional sheets if necessary.)

Civil Action No. _____
(To be assigned by
the Clerk's Office.
Do not write in this space.)

TRIAL REQUESTED     YES _YES_  NO

(List the names of all defendants
against whom you are filing this
lawsuit, Do you use "et al." Attach
additional sheets if necessary.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED PURSUANT TO 42 U.S.C. § 1983

I. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: CARRINGTON BUTLER

   Prison I.D. No. of the first OCA #551563
   plaintiff: Address of the first plaintiff:
   5113 Harding Place, P.O Box 196383, Nashville TN 37219

   Status of Plaintiff: CONVICTED     PRETRIAL DETAINEE (___)

2. Name of the second plaintiff: OTIS MACLIN

Prison I.D. No, of the second OCA# 355406
plaintiff: Address of the second plaintiff:
5113 Harding Place,
P.O Box 196383, Nashville TN 37219

Status of Plaintiff: CONVICTED     PRETRIAL DETAINEE (✓)

Revised 11/2014

(Include the name of the institution and mailing address with zip code for each plaintiff, If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: Daron Hall, Sheriff

    Place of employment of the first defendant: D.C.S.O, 5113 Harding Place, Nashville TN 37219
    First defendant's address:

    Named in official capacity?  (Yes)   No
    Named in individual capacity? (Yes)   No

2. Name of the second defendant: _____

    Place of employment of the second defendant: _____

    Second defendant's address: _____

    Named in official capacity?  Yes   No
    Named in individual capacity? Yes

(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)

II. JURISDICTION

A. Jurisdiction is asserted pursuant to 42 USC. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

If you wish to assert jurisdiction under different or additional statutes, you may list them below:

III. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

   A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court? Yes (No)

   B. If you checked the box marked "Yes" above, provide the following information:

   1. Parties to the previous lawsuit:

      Plaintiffs ___N/A___

      Defendants ___N/A___

   2. In what court did you file the previous lawsuit? ___N/A___

      (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

   3. What was the case number of the previous lawsuit? ___N/A___

   4. What was the Judge's name to whom the case was assigned? ___N/A___

   5. What type of case was it (for example, habeas corpus or civil rights action)? ___N/A___

   6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) ___N/A___

   7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? ___N/A___

8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) ___N/A___

9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit? Yes No

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

IV. EXHAUSTION

A. Are the facts of your lawsuit related to your present confinement?

   (Yes)    No

B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jai' to which the facts of this lawsuit pertain. ___

___

___

C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

   Yes    (No)

   (If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV. D.)

D. Have you presented these facts to the prison authorities through the state grievance procedure?    Yes    (No)

E. If you checked the box marked "Yes" in question III.D above:

   1. What steps did you take? ___N/A___

   2. What was the response of prison authorities? ___N/A___

F. If you checked the box marked "No" in question IV.D above, explain why not.
   We have an electric grievance process where it was referred but not settled.

G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)? (Yes)  No

H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility? (Yes) No

I. If you checked the box marked "Yes" in question III,H above:

1. What steps did you take? Inform staff, grievances and sick calls.
2. What was the response of the authorities who run the detention facility? The facility will be closed soon, sanatation and bleach will treat it but not kill it.

J. If you checked the box marked "No" in question IV.H above, explain why not. N/A

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

Constitutional Rights of Prisoners, § 8.5.2 Conditions of Confinement

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

Both Plaintiffs fear for health and have mental distress, anxiety, depression and dermal issues.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 1/2 inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

Both parties are experiencing chest pain, shortness of breathe initially. Other inmates in housing units have explained the issue to be mold. Sick calls were filed but only antibiotics are given. Then with a grievance you see a doctor and are given steroids. Workers have even become sick and eventually stop working from exposure to the mold. In-program hall of the month of July the classes were closed from mold falling. Toxins affecting the immune system via inhalation, ingestion and dermal/skin.

VII. RELIEF REQUESTED: State exactly what you want the Court to order each defendant to do for you.

Send samples or have a Microbiology Lab test for premier asbestos and mold. Upon confirmation close facility. Receive compensation to cover all damages. [$1 Million in compensatory damages and $1 Million punitive damages.

I request a jury trial.   Yes  No

VIII. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Carrington D Butler_    Date: _08/08/2025_

Prison Id. No. _551563_

Address (Include the city, state and zip code.): _Davidson County Sheriffs Office, P.O. Box 196383, Nashville TN 37219_

Signature: _atil macin_    Date: _08-08-2025_

Prison Id. No. _355406_

Address (Include the city, state and zip code.): _Davidson County Sheriffs Office, P.O Box 196383, Nashville TN 37219_

ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS, if not paying the civil filing fee.

SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER. Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

Carrington Butler
Davidson County Sheriff's Office
PO Box 196385
Nashville, TN 37219

RECEIVED
AUG 14 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

United States District Court for the
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203

NASHVILLE TN 370
11 AUG 2025 PM 9 L

FOREVER / USA

Case 3:25-cv-00918   Document 1   Filed 08/14/25   Page 9 of 9 PageID #: 9